Jill M. BUTLER, Plaintiff—Appellant,

v.

STATE FARM MUTUAL AUTO INSUR-ANCE COMPANY, an Illinois corpo-ration; Standard Insurance Company, an Oregon corporation, Defendants—Appellees.

No. 02–35050.

D.C. No. CV–00–00561–AJB.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 8, 2002.

Decided Oct. 15, 2002.

Before FERGUSON, FISHER, and TALLMAN, Circuit Judges.

MEMORANDUM *

Having reviewed the additional authori-ties cited by the appellant, including *Black v. Arizala,* 182 Or.App. 16, 48 P.3d 843 (2002), we **AFFIRM** for the reasons stated in the district court opinion.

**AFFIRMED.**

---

* This disposition is not appropriate for publica-tion and may not be cited to or by the courts of this Circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suit-able for decision without oral argument. See Fed. R.App. P. 34(a)(2).